**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-22370-CV-WILLIAMS**

**JORGE L. VALDES,**

**Plaintiff,**

**v.**

**MIAMI-DADE COUNTY, et al.,**

**Defendants.**
________________________________/

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF JORGE L. VALDES, IN ANY CAPACITY**

**NOW COMES** Frank T. Allen, Esquire and The Allen Firm PA (collectively "The Allen Firm"), pursuant to applicable Federal Rule of Civil Procedure and Southern District Local Rule (s), hereby move to withdraw as counsel of record for the Plaintiff, JORGE L. VALDES, in any capacity and hereby states as follows:

1. The Allen Firm and Frank Allen are unable to continue to represent Plaintiff due to significant and profound irreconcilable differences. In fact, the undersigned informed Mr. Valdes months ago (at least four (4) months ago), which can be attested by Defense Counsel as Defense Counsel was informed/advised of this, and stated there were no objection, that the undersigned would be withdrawing from this case. Additionally, Mr. Valdes indicated he no longer wanted the undersigned representing him this case.

2. As a courtesy to Mr. Valdes, the undersigned remained in the case due to the pending Motion to Dismiss, which the Court recently ruled on, and to allow Mr. Valdes an opportunity to retain substitute or another lawyer, to which Mr. Valdes advised he was doing. Also, Mr. Valdes' previous/original attorney Rawsi Williams (Ms. Williams' license is currently

suspended and she had to withdraw from this case) informed the undersigned she would assist in finding Mr. Valdes another lawyer.

3. During the time of the representation of Plaintiff the undersigned has had to deal with an uncooperative client who refuses to accept and follow his counsel's instructions and advice, refuses to respond to communication(s) for weeks but instead sees fit to continue to argue with the undersigned, offend him, and create patently false narratives about the firm's and Allen's representation.

4. In fact, the undersigned has not heard anything from Mr. Valdes in months.

5. To this point, Mr. Valdes blamed and continued to accuse the undersigned of failing to litigate or work on his case, of delaying the progress of his case, during the period the Motions to Dismiss and Response in Opposition were pending. Indeed, the undersigned had to inform Mr. Valdes over twenty (20) times, probably more, the parties were waiting for the Court to rule when he continued requesting status.

6. On September 30, 2026, the Court ruled on Defendants' MTD. [Doc. # 38] A copy of that Order was emailed to Mr. Valdes the same day. Additionally, Mr. Valdes was informed of the amendment deadlines and reminded the undersigned has still not been contacted by him, or anyone on his behalf about appearing in this case on his behalf. The undersigned has not received any response or reply from Mr. Valdes to the recent September 30, 2026.

7. Accordingly, The Allen Firm requests this Court to enter an order permitting The Allen Firm and Frank T. Allen to withdraw as counsel of record in the instant case and that the Allen Firm PA is relieved of all further responsibility to function as Plaintiff's attorneys in this action in any capacity. The undersigned cannot continue to represent Plaintiff as doing so is an impossibility and has created cognizable conflict of interests between the parties.

7. Plaintiff has been informed of this withdrawal multiple times. Also, the undersigned conferred with opposing counsel multiple times, prior to the filing the instant Motion and opposing counsel has no objection to this Motion or of The Allen Firm's and Frank T. Allen's withdrawal.

8. In consideration of the Court Order on Defendants' Motion to Dismiss and Plaintiff's Response in Opposition thereto [Doc. # 38] particularly affording Plaintiff seven (7) days to file an Amended Complaint, if he choses to do so, and Defendants' twenty-one (21) days to answer, the parties agreed to: The Court providing Mr. Valdes forty-five (45) days to file an Amended Complaint and retain substitute counsel. Then, Defendants are provided thirty (30) days to file an Answer if no amended complaint, and/or thirty (30) days to file and Answer or Response if an Amended Complaint is filed. The parties believe this would be fair and equitable to all parties, including Mr. Valdes. [1]

**WHEREFORE,** Frank T. Allen and The Allen Firm PA respectfully request that this court enter an order allowing him to withdraw as counsel for Plaintiff JORGE L. VALDES. Additionally, the undersigned requests that Plaintiff be afforded forty-five (45) days to retain substitute counsel and Defendants' thirty (30) days to respond in accordance with paragraph 8.

**<u>CERTIFICATE OF INFORMING CLIENT</u>**

The undersigned informed Plaintiff JORGE L. VALDEZ multiple times of this withdrawal, via email, and telephonically. Mr. Valdes also informed the undersigned that he no longer wanted him on the case, thus, the withdrawal is mutual. However, as a matter of professional courtesy the undersigned attempted to help Plaintiff until the situation became simply untenable and remained in the case until the Court's ruling so that should Plaintiff not

[1] Should Mr. Valdes fail to find substitute Court, he can proceed pro se'.

have another attorney, the Court Order could be provided to him, which it was. The undersigned does not know if Plaintiff will proceed pro se' or retain counsel as Plaintiff was informed a request would be made that the Court afford Plaintiff forty-five (45) days to retain counsel. Nevertheless, Plaintiff, JORGE L. VALDES, email address is: jorge88305@gmail.com and his telephone number is: 305-780-6992.

## CERTIFICATE OF GOOD FAITH CONFERECE

Per Local Rule 7.1, I HEREBY CERTIFY that I have conferred with counsel for Defendants multiple times and Defendants' Counsel has no objection to the relief sought.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on OCTOBER 3, 2026, I electronically filed the foregoing with the Clerk of Court by using the Florida Courts E-Filing Portal system which will send notice of electronic filing to all counsel of record. Plaintiff was informed that the Allen Firm PA and Frank T. Allen would be withdrawing from this matter, multiple times, and was provided a copy of this Motion at[2] jorge88305@gmail.com.

**/S/ Frank T. Allen**
FRANK T. ALLEN, ESQUIRE
Florida Bar No.: 0033464
**THE ALLEN FIRM, P.A.**
A Professional Association
2582 Maguire Rd, Suite 130
OCOEE, FL 34761
Tel. (407) 481-8103
Fax. (Same as email)
E-Mail: Fallen@TheAllenFirmpa.com

[2] The clerk can forward all Orders and filings to this email address [jorge88305@gmail.com] until VALDES retains counsel.